**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

MAR 24 2021

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 20-30135 |
| Plaintiff-Appellee, | D.C. No. 2:19-cr-00063-TOR-1 |
| v. | |
| JOSHUA W. CHRISTENSEN, | MEMORANDUM* |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the Eastern District of Washington
Thomas O. Rice, District Judge, Presiding

Submitted March 16, 2021**

Before:    GRABER, R. NELSON, and HUNSAKER, Circuit Judges.

Joshua W. Christensen appeals from the district court's judgment imposing a

4-year sentence of probation following his guilty-plea conviction for threatening to

murder a federal official, in violation of 18 U.S.C. § 115(a)(1), (b)(4).  We have

jurisdiction under 28 U.S.C. § 1291, and we dismiss.

---

\*       This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Christensen argues that the appeal waiver contained in his plea agreement is not enforceable because a defendant cannot voluntarily waive the right to appeal a sentence that has not yet been imposed.  As he concedes, this contention is foreclosed.  *See United States v. Medina-Carrasco*, 815 F.3d 457, 462-63 (9th Cir. 2015); *United States v. Navarro-Botello*, 912 F.2d 318, 320 (9th Cir. 1990).  Even if it were not foreclosed, Christensen does not identify any substantive challenge to his conviction or sentence that he would raise absent the waiver. Accordingly, we dismiss pursuant to the valid appeal waiver.  *See Medina-Carrasco*, 815 F.3d at 463.

**DISMISSED.**